IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cv-01417-RAJ |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER DIRECTING |
| v. ) | THE CLERK TO DEPOSIT FUNDS |
| ) | INTO THE REGISTRY OF THE |
| MICHAEL T. WATERER, DAWN M. ) | COURT |
| WATERER, FRANK MCKEEHAN, ) | |
| EDWARD P. WEIGELT, JR., ) | |
| CALKINS & BURKE LIMITED, ) | |
| RENTON COLLECTIONS, INC., ) | |
| ALASKA CASCADE FINANCIAL ) | |
| SERVICES, KING COUNTY, ) | |
| ANDREW MCKEEHAN, ) | |
| LANCE WATERER, FIRST AMERICAN ) | |
| TITLE INSURANCE CO., JULIANA ) | |
| MCKEEHAN, ALEXANDER ) | |
| MCKEEHAN, QUALITY LOAN SERVICE ) | |
| CORPORATION OF WASHINGTON, ) | |
| AND JP MORGAN CHASE BANK, NA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER DIRECTING THE CLERK
TO DEPOSIT FUNDS INTO THE
REGISTRY OF THE COURT

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-3768

Pursuant the Stipulation and Order for Private Sale of Subject Property (Dkt. 75), the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $2,092,176.01.

Dated this 15th day of January 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING THE CLERK
TO DEPOSIT FUNDS INTO THE
REGISTRY OF THE COURT

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-3768