HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. WATERER, *et al.*,<br><br>Defendants. | CASE NO. 2:22-cv-01417-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Dawn M. McKeehan's Second Motion to Disburse Funds. Dkt. # 94. No opposition was filed. The Court has reviewed the motion, the submissions in support of the motion, and the balance of the record.

The Court finds Ms. McKeehan has shown entitlement to disbursement of funds as requested in her second motion based on (1) the King County Superior Court ("KCSC") Final Divorce Order, dated November 12, 2025, awarding Ms. McKeehan $249,242.37 and Mr. Waterer $32,484.96 of the funds held in the court registry, Dkt. # 95 at 7–11; (2) the KCSC order, dated March 23, 2026, confirming that the Final Divorce Order is a final order, and awarding $2,000 in sanctions against Mr. Waterer, *id.* at 15–17; and (3) the lack of opposition to Ms. McKeehan's second motion.

ORDER – 1

Accordingly, Defendant Dawn M. McKeehan's Second Motion to Disburse Funds, Dkt. # 94, is **GRANTED**.  The Court **ORDERS** as follows:

1.    The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal sum of $251,242.37 and no interest, payable to Dawn M. McKeehan and mail or deliver the check to: Dawn M. McKeehan c/o Bradley K. Crosta, Crosta Law Office, PLLC, 19748 1st Ave S, Normandy Park, WA 98148; and

2.    The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal sum of $30,484.96 and no interest, payable to Michael T. Waterer and mail or deliver the check to: Michael T. Waterer, P. O. Box 1615, Bellevue, WA 98009.

Dated this 17th day of April, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2