HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cv-01417-RAJ |
| Plaintiff, | AMENDED ORDER |
| v. | |
| MICHAEL T. WATERER, *et al.*, | |
| Defendants. | |

The Court amends its April 17, 2026 Order, Dkt. # 96, to address the distribution of accrued interest pursuant to Local Civil Rule 67(b) and to amend the payment method for Dawn M. McKeehan (formerly Dawn M. Waterer).

THIS MATTER comes before the Court on Ms. McKeehan's Second Motion to Disburse Funds. Dkt. # 94. No opposition was filed. The Court has reviewed the motion, the submissions in support of the motion, and the balance of the record.

The Court finds Ms. McKeehan has shown entitlement to disbursement of funds as requested in her second motion based on (1) the King County Superior Court ("KCSC") Final Divorce Order, dated November 12, 2025, awarding Ms. McKeehan $249,242.37 and Mr. Waterer $32,484.96 of the funds held in the court registry, Dkt. # 95 at 7–11; (2) the KCSC order, dated March 23, 2026, confirming that the Final Divorce Order is a final

ORDER – 1

order, and awarding $2,000 in sanctions against Mr. Waterer, *id.* at 15–17; and (3) the lack of opposition to Ms. McKeehan's second motion.

Accordingly, Defendant Dawn M. McKeehan's Second Motion to Disburse Funds, Dkt. # 94, is **GRANTED**.  The Court finds and **ORDERS** as follows:

1. On December 27, 2024, the Subject Property was sold and proceeds in the amount of $2,092,176.01 were deposited to the Court's registry,  Dkt. # 76;

2. The Clerk is authorized and directed to send to Dawn M. McKeehan via ACH/EFT, from the funds deposited in the registry of this Court, the principal sum of $251,242.37, plus eighty-nine and eighteen one hundredths per cent (89.18%) of the accrued interest; and

3. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court  in the principal sum of $30,484.96, plus  ten and eighty two one hundredths per cent (10.82%) of the accrued interest, payable to Michael T. Waterer and mail or deliver the check to:  Michael T. Waterer, P. O. Box 1615, Bellevue, WA 98009.

4. Defendant Dawn M. McKeehan's Final Motion to Disburse Remaining Funds, Dkt. # 97, shall be terminated as moot.

Dated this 5th day of May, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2